UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Omar Ventura,<br><br>  Plaintiff<br><br>vs.<br><br>Nissan North America, Inc. et al,<br><br>  Defendant. | CASE NO.: 2:22-cv-03793-SVW-ASx<br><br>JUDGMENT<br><br><br>JS - 6 |

Pursuant to the Offer of Judgment, filed on October 31, 2022, and the Acceptance of Offer of Judgment, filed on October 31, 2022, judgment is entered for Plaintiff Omar Ventura's and against Defendant Nissan North America, Inc. ("Nissan"), pursuant to the conditions set for in the Offer of Judgment.

DATE: November 1, 2022

*PM Cruz*
Clerk of the Court